UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VESAL YAGHOOBI,<br><br>        Plaintiff,<br>v.<br><br>TUFTS MEDICINE, and TUFTS MEDICAL CENTER, and TUFTS HEALTH PLAN,<br><br>        Defendants. | Civil Action No. 1:24-cv-13090-NMG |

## NOTICE OF WITHDRAWAL OF MATTHEW J. LYNCH

Please withdraw my appearance as counsel for Defendants Tufts Medicine and Tufts Medical Center in the above-captioned matter.

        Respectfully submitted,

        TUFTS MEDICINE, and TUFTS MEDICAL CENTER,

        By their attorneys,

        */s/ Matthew J. Lynch*
        Matthew J. Lynch, Bar No. 689363
        mlynch@littler.com
        LITTLER MENDELSON, P.C.
        One International Place, Suite 2700
        Boston, Massachusetts 02110
        Telephone:    617.378.6000
        Facsimile:    617.737.0052

Dated:  February 26, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                                                              */s/ Matthew J. Lynch*
                                                                              Matthew J. Lynch